IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02200–WJM–KMT

THERESE BYORICK,

    Plaintiff,

v.

WYLE LABORATORIES, INC., a Delaware corporation,
NORTHROP GRUMMAN CORPORATION, a Delaware corporation,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Amend Complaint by Changing Defendant's Name" (Doc. No. 7, filed Aug. 19, 2014) is GRANTED. Federal Rule of Civil Procedure 15(a)(1)(a) provides that a party may amend its pleading once as a matter of course within "21 days after serving it." Defendants have not yet been served with Plaintiff's Complaint. (Mot. at 2.) Accordingly, Plaintiff may amend her Complaint as a matter of course. The Clerk of Court is directed to file Plaintiff's Amended Complaint (Doc. No. 7-1).

Dated: August 19, 2014