IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02200–WJM–KMT

THERESE BYORICK,

    Plaintiff,

v.

WYLE LABORATORIES, INC., a Delaware corporation,
NORTHROP GRUMMAN SYSTEMS CORPORATION, a Delaware corporation,

    Defendants.

---

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Change Defendant Wyle's Name" (Doc. No. 40, filed Nov. 19, 2014) is GRANTED. The Clerk of Court is direct to amend the caption to substitute "CAS, Inc." for "Wyle Laboratories, Inc."

Dated: November 20, 2014