IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-02200-WJM-KMT | Date: | January 20, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

THERESE BYORICK,                                          Bradley Sherman

   Plaintiff,

v.

CAS, INC., and
NORTHROP GRUMMAN SYSTEMS                  Alyson Smith
CORPORATION, a Delaware corporation,

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:30 p.m.**    **Court in session.**

Court calls case. Appearances of counsel.

Also present, Raymond Deeny and Beth Ann Lennon, appearing on behalf of non-party Boecore, Inc.

Discussion regarding Boecore's role in the case, attempts to obtain discovery between the parties before requesting information from a third party, designation of documents, Boecore's privilege log, possession of documents by Defendants, and the scope of the Boecore subpoena.

**ORDERED:**   **Motion to Quash or Modify the Subpoena Issued Against Non-Party Boecore, Inc. [32] is DENIED, as stated on record. Boecore is directed to respond to the subpoena with non-privilege documents, as discussed.**

**2:35 p.m.**    **Court in recess.**

Hearing concluded.
Total in-court time    01:05
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.